CURTIS LEE MORRISON (CABN 321106)
HAMDY MAHER MASRI (CABN 354242)
CAROLINA SOLANO (NMBN 159740)*
GARRETT CARTER MAY (DCBN 90018027)*
ZHAO GUO (DCBN NY0492)*
Red Eagle Law, L.C.
5256 S Mission Rd,
Bonsall, CA 92003
Phone: (714) 661-3446
Email: curtis@redeaglelaw.com

JESSICA T. ARENA (CABN 301807)
ALEXANDER W. LOZNAK (ORBN 233603)*
Law Office of Jessica T. Arena
2443 Fillmore Street, #380-1614
San Francisco, CA 94115
Phone: (541) 525-3341
Email: jessica@jtarenalaw.com

*Attorneys for Plaintiffs*
** Pro Hac Vice*

UNITED STATES DISTRICT COURT
DENIED
Judge Edward J. Davila
8/14/2026
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| **ROKSANA MEDANI, et al.,**<br>*Plaintiffs,*<br>**v.**<br>**DONALD J. TRUMP, et al.,**<br>*Defendants.* | Civil Action No.: 5:26-cv-6332-EJD<br>**PLAINTIFFS' NOTICE OF UNOPPOSED *EX PARTE* APPLICATION TO ADVANCE THE HEARING DATE FOR PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND CLASS CERTIFICATION**<br>Hon. Judge Edward J. Davila |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs, Plaintiffs are 664 DV-2026 selectee families, hereby apply to this Court for an Order granting Plaintiffs' Unopposed *Ex Parte* Application to Advance the Hearing Date for Plaintiffs' Motions for Preliminary Injunction and Class Certification, pursuant to Fed. R. Civ. P. 6(c).

On August 12, 2026, Plaintiffs provided notice to Defendants of this *ex parte* application by email. Defendants do not intend to oppose the request to advance the hearing date, although government counsel has another hearing in Oakland on August 20, **but it is available on Friday, August 21**. *See Declaration of Curtis Lee Morrison*.

Good cause exists for the relief sought. Plaintiffs are 664 families selected for the FY-2026 Diversity Visa program. Under 8 U.S.C. § 1154(a)(1)(I)(ii)(II), any diversity visa not issued by midnight on September 30, 2026, is lost forever. See ECF No. 55. Without an advanced hearing date, Plaintiffs fear their odds of meaningfully benefiting from the Court's intervention could be compromised.

Dated: August 13, 2026

*/s/Curtis Lee Morrison*
Curtis Lee Morrison
Phone: (714) 661-3446
Email: curtis@redeaglelaw.com

## CERTIFICATE OF SERVICE

On the below date, I electronically filed the **PLAINTIFFS' NOTICE OF UNOPPOSED *EX PARTE* APPLICATION TO ADVANCE THE HEARING DATE FOR PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND CLASS CERTIFICATION** and all attached exhibits with the Clerk of the United States District Court for the Central District of California, using the CM/ECF System. The Courts CM/ECF System will send an email electronically to all noticed parties to the action who are registered with the Court's CM/ECF System.

Dated: August 13, 2026

*/s/Curtis Lee Morrison*
Curtis Lee Morrison
Phone: (714) 661-3446
Email: curtis@redeaglelaw.com