UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROKSANA MEDANI, et al.,<br>Plaintiffs,<br>v.<br>DONALD J. TRUMP, et al.,<br>Defendants. | Case No. 5:26-cv-06332-EJD<br>**ORDER REGARDING EMERGENCY MOTION TO ENFORCE JUDGMENT**<br>Re: ECF No. 87 |

The Court is in receipt of Plaintiffs' Emergency Motion to Enforce Judgment, filed on September 8, 2026. ECF No. 87. The Court **ORDERS** Defendants file a response not to exceed ten pages by 3:00 p.m. on September 9, 2026. The Court **SETS** a hearing at 9:00 a.m. on September 10, 2026.

**IT IS SO ORDERED.**

Dated: September 8, 2026

EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California