United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROKSANA MEDANI, et al.,<br>Plaintiffs,<br>v.<br>DONALD J. TRUMP, et al.,<br>Defendants. | Case No. 5:26-cv-06332-EJD<br><br>**ORDER REGARDING EMERGENCY MOTION FOR DISCOVERY**<br><br>Re: Dkt. No. 96 |

The Court is in receipt of Plaintiffs' Emergency Motion for Discovery in Aid of Enforcement of the Preliminary Injunction, filed on September 13, 2026. ECF No. 96. The Court **ORDERS** Defendants file a response not to exceed ten pages by 12:00 p.m. PT on September 18, 2026. The Court will set a hearing if necessary, following its review of Defendants' response.

**IT IS SO ORDERED.**

Dated: September 14, 2026

EDWARD J. DAVILA
United States District Judge