United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROKSANA MEDANI, et al.,<br>Plaintiffs,<br>v.<br>DONALD J. TRUMP, et al.,<br>Defendants. | Case No. 5:26-cv-06332-EJD<br>**ORDER RE STATUS REPORTS**<br>Re: Dkt. No. 97 |

In response to Defendants' request in their most recent status report, the Court clarifies that Defendants may file their Monday, Wednesday, and Friday status reports without receiving Plaintiffs' position prior to filing.

**IT IS SO ORDERED.**

Dated: September 15, 2026

EDWARD J. DAVILA
United States District Judge