UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROKSANA MEDANI, et al.,
Plaintiffs,
v.
DONALD J. TRUMP, et al.,
Defendants.

Case No. 5:26-cv-06332-EJD

**ORDER REGARDING EMERGENCY MOTION FOR SUPPLEMENTAL RELIEF**

Re: ECF No. 121

The Court is in receipt of Plaintiffs' Emergency Motion for Supplemental Relief filed on September 24, 2026. ECF No. 121. The Court **ORDERS** Defendants file a response by 11:59 p.m. on September 25, 2026, and Plaintiffs file a reply by 12:00 p.m. on September 28, 2026. The Court **SETS** a hearing on September 29, 2026, at 4:30 p.m.

**IT IS SO ORDERED**.

Dated: September 24, 2026

EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California