United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROKSANA MEDANI, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, et al.,

Defendants.

Case No. 5:26-cv-06332-EJD

**ORDER GRANTING IN PART DEFENDANTS' MOTION TO AMEND BRIEFING SCHEDULE**

Re: Dkt. No. 124

In response to Defendants' Administrative Motion, ECF No. 125, the Court modifies its prior Order, ECF No. 124, and extends the briefing schedule for Plaintiffs' Emergency Motion, ECF No. 121, as follows:

- Defendants' response is due by 11:00 a.m. on September 28, 2026.
- Plaintiffs' reply is due by 11:00 a.m. on September 29, 2026.

The hearing remains on calendar for September 29, 2026, at 4:30 p.m.

**IT IS SO ORDERED.**

Dated: September 24, 2026

EDWARD J. DAVILA
United States District Judge