United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROKSANA MEDANI, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, et al.,

Defendants.

Case No. 5:26-cv-06332-EJD

**ORDER GRANTING MOTION FOR EXTENSION OF TIME AND CLARIFICATION**

Re: Dkt. No. 146

The Court is in receipt of DOS's motion for an extension of time to implement the Court's September 30 Order and clarification regarding the terms of its injunction, as well as Plaintiffs' responses. Mot., ECF No. 146; Resp., ECF No. 147; Suppl. Resp., ECF No. 148. After carefully reviewing the relevant documents, the Court **ORDERS** as follows:

DOS is ordered to, to the extent practicable and in good faith, take all reasonable steps to reconsider all FY-26 applications refused solely under the DOS DV Pause or the DOS 75-Country Pause and resume ordinary adjudication of all pending applications from **October 14, 2026, at 12:01 a.m.** through **October 23, 2026, at 11:59 p.m.**, according to the local time of each diplomatic and consular post that processes and adjudicates such Diversity Visa applications. "Applications" are defined as all DS-260 Forms successfully submitted by any FY-26 Diversity Visa selectee. The Court incorporates all other definitions from its prior orders. *See* ECF Nos. 137, 93, 83. DOS shall include a copy of this Order in its guidance to diplomatic and consular posts regarding compliance.

The Court **CONTINUES** the October 15, 2026, status conference to October 22, 2026, at 10:00 a.m. The status conference shall be held remote.

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: October 13, 2026

EDWARD J. DAVILA
United States District Judge