United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROKSANA MEDANI, et al.,
Plaintiffs,
v.
DONALD J. TRUMP, et al.,
Defendants.

Case No. 5:26-cv-06332-EJD

**ORDER REGARDING PLAINTIFFS' EX PARTE APPLICATION FOR CLARIFICATION**

Re: Dkt. No. 170

The Court is in receipt of Plaintiffs' *Ex Parte* Application for Clarification. Appl., ECF No. 170. Plaintiffs request clarification on: "(1) Whether, following completion of the additional adjudication period and filing of Defendants' final status report, the Court continues to consider any additional supplemental relief based on the existing compliance record; and (2) if additional supplemental relief remains under consideration, whether the Court requires any further submission from the parties." *Id.* at 4.

The Court only considers matters properly noticed before it. Fed. R. Civ. P. 7(b) ("A request for a court order must be made by motion. The motion must: (A) be in writing unless made during a hearing or trial; (B) state with particularity the grounds for seeking the order; and (C) state the relief sought."). Currently, there is only one pending motion in this matter, Plaintiffs' Motion to Enforce Judgment as to a Nonparty Class Member by Class Representatives Under Rule 71, ECF No. 162. Briefing for this motion remains ongoing.

All parties are otherwise permitted to file any motion permitted by the Federal Rules of Civil Procedure and Local Rules.

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: November 9, 2026

EDWARD J. DAVILA
United States District Judge